Susan St. Vincent
Acting Legal Officer
Matthew McNease
Acting Legal Officer
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BRIAN CHRISTOPHER WEILAND,<br><br>　　　　　Defendant. | DOCKET NO: 6:14-mj-116-MJS<br><br>**CORRECTED MOTION TO DISMISS; AND ORDER THEREON** |

　　　Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice in the interest of justice, for Count 1 – Possession of a controlled substance (marijuana), and Count 5 – Possession of a controlled substance (LSD). WEILAND plead Guilty to Count 1 and Count 5 – possession of a controlled substance, on September 30, 2014, with a 12 month deferred entry of judgment, 12 months of unsupervised probation, and a $600 fine. WEILAND has fully complied with the terms of his probation.

//

1

Dated:  January 25, 2016                    NATIONAL PARK SERVICE

      /S/ Matthew McNease
Matthew McNease
Acting Legal Officer

**ORDER**

Upon application of the United States, and good cause having been shown therefor, IT IS HEREBY ORDERED that Count 1 and Count 5 in the above referenced matter, *United States v. Brian Christopher Weiland*, 6:14-mj-116-MJS, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   January 25, 2016              /s/ *Michael J. Seng*
                                                     UNITED STATES MAGISTRATE JUDGE